# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

January 16, 2014

Lyle W. Cayce
Clerk

No. 13-50043
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANGELICA MARIA RAMIREZ-MENDEZ, also known as Veronica Mendez, also known as Veronica Mendoza-Ramirez, also known as Alicia Angelica Ramirez, also known as Angelica Ramirez, also known as Angelica M. Ramirez, also known as Angelica Maria Ramirez, also known as Maria Ramirez, also known as Maria Angelica Ramirez, also known as Veronica Mendez Ramirez, also known as Angelica Ramirez-Mendez,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:12-CR-612-1

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

PER CURIAM:[*]

Angelica Maria Ramirez-Mendez, a citizen of Mexico, pleaded guilty to illegal reentry following removal. *See* 8 U.S.C. § 1326. The district court

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-50043

sentenced Ramirez-Mendez to 18 months of imprisonment and three years of supervised release. She appeals her sentence but not her conviction.

Because Ramirez-Mendez has been released from prison and removed to Mexico, her appeal is moot. *See United States v. Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007). Therefore, the appeal is DISMISSED.